05-13-00430-CR



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0273-14

**DAVID CARL SWINGLE, Appellant**

v.

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE FIFTH COURT OF APPEALS ROCKWALL COUNTY

PER CURIAM. KEASLER and HERVEY, JJ., dissent.

## O R D E R

The petition for discretionary review violates Rule of Appellate Procedure 9.4(i)(2)(D) because the petition exceeds the proper length.

The petition is struck. *See* Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: April 30, 2014
Do Not Publish



COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

121 DVE—N3B 75202

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES
02  1R
000 2003152          $ 00.406
MAILED FROM ZIP CODE 78701    MAY 01  2014

PD-0273-14

5TH COURT OF APPEALS CLERK
LISA MATZ
600 COMMERCE  2ND FLOOR
DALLAS TX  75202